UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: CV-08-001362-GLL

| | |
|---|---|
| PATRICIA HORNICK-JONES<br><br>        Plaintiff,<br>v.<br><br>OFFICE OF DOUGLAS R. BURGESS, LLC., and DOUGLAS R. BURGESS, individually.<br><br>        Defendant. | **STIPULATION OF DISMISSAL**<br><br><br><br><br><u>JURY TRIAL DEMANDED</u> |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for all parties hereto that the instant action be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

Dated: May 28, 2009                      Respectfully Submitted

                                      By: **s/Jeffrey L. Suher**
                                      Jeffrey L. Suher, Esquire
                                      4328 Old William Penn Highway, Suite 2J
                                      Monroeville PA 15146
                                      412-374-9005
                                      lawfirm@jeffcanhelp.com
                                      Counsel for Plaintiff

Dated: May 28, 2009                      Respectfully Submitted

                                      By: **s/Douglas R. Burgess**
                                      Douglas R. Burgess, Esquire
                                      480 Ridge Road West
                                      Rochester, NY 14615
                                      535-581-1060
                                      **drb1@frontiernet.net**
                                      Attorney for Defendant

                              SO ORDERED, this _____ day of May, 2009.

                              _____, J.
                              Hon. Gary L. Lancaster, U.S. District Judge